FILED
NOV 27 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3194-BTM |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 – Importation of Marijuana (Felony) |
| ENRIQUE FLORES-MORALES, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about October 27, 2007, within the Southern District of California, defendant ENRIQUE FLORES-MORALES, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 56.64 kilograms (approximately 124.61 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: November 27, 2007 .

KAREN P. HEWITT
United States Attorney

REBECCA S. KANTER
Assistant U.S. Attorney

RSK:psd:Imperial
11/27/07