# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER 07CR3194-BTM |
| vs ) | ABSTRACT OF ORDER |
| Enrique Flores-Morales ) | Booking No. 01699298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __March 28, 2008__
the Court entered the following order:

- ✓ Defendant be released from custody.
- ___ Defendant placed on supervised / unsupervised probation / supervised release.
- ___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- ___ Defendant released on $_____ bond posted.
- ___ Defendant appeared in Court. FINGERPRINT & RELEASE.
- ___ Defendant remanded and ( ___ bond) ( ___ bond on appeal) exonerated.
- ✓ Defendant sentenced to TIME SERVED, supervised release for __3__ years.
- ___ c.c. judgment Court of Appeals ( ___ affirming) ( ___ reversing) decision of this Court: ___ dismissing appeal filed.
- ___ Bench Warrant Recalled.
- ___ Defendant forfeited collateral.
- ___ Case Dismissed.
- ___ Defendant to be released to Pretrial Services for electronic monitoring.
- ___ Other._____

**BARRY TED MOSKOWITZ**
UNITED STATES MAGISTRATE JUDGE

OR

Received _____ DUSM

W. SAMUEL HAMRICK, JR.    Clerk
by _____ Deputy Clerk

Crim-9   (Rev 6-95)
☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY